**Order filed, September 21, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

NO. 01-17-00558-CV

**LFMC ENTERPRISES, LLC, LI Y. FENG AND MIMI CHAN, Appellant**

**V.**

**GARY  BAKER, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case   2015-62263**

---

## ORDER

The reporter's record in this case was due July 24, 2017.  *See* Tex. R. App. P. 35.1.  On September 6, 2017, this court ordered the court reporter to file the record within 10 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Tucker, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days of** the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM